JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Coplus Inc. | Case No. CV 20-07754-AB (AFMx) |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE |
| Zhejiang Yuanzheng Auto and Motorcycle Accessories Co., Ltd. | |
| Defendants. | (PURSUANT TO LOCAL RULE 41) |

On November 30, 2020, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. A written response to the Order to Show Cause was ordered to be filed no later than December 14, 2020. No response having been filed to the Court's Order to Show Cause,

//

//

1.

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated:  December 15, 2020  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE